# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00832-BNB

RONALD C. CALHOUN,

    Applicant,

v.

DENVER DISTRICT COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 8 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion Plaintiff submitted to and filed with the Court on June 7, 2007. In the motion, Plaintiff asks the Court to reconsider the order filed on May 11, 2007, denying him leave to proceed *in forma pauperis* because on May 14, 2007, he paid the $5.00 filing fee. The motion will be DENIED as unnecessary because Plaintiff did pay the $5.00 filing fee on May 14. Therefore, Plaintiff has no need to proceed *in forma pauperis*.

Dated: June 8, 2007

Copies of this Minute Order mailed on June 8, 2007, to the following:

Ronald C. Calhoun
2623 Clayton Street
PO Box 44211
Denver, CO 80201-4211

                                  Secretary/Deputy Clerk